UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN A. JONES, JR.,

                Plaintiff,

      -against-

WESTCHESTER COUNTY DEPARTMENT OF
CORRECTIONS; JOSEPH K. SPANO,
COMMISSIONER OF CORRECTIONS;
GEORGE LATIMER, COUNTY EXECUTIVE
OF DEPARTMENT OF CORRECTIONS;
HERBERT STODDARD, PHYSCIAN – WELL
PATH REP.,

                Defendants.

21-CV-1016 (CM)

CIVIL JUDGMENT

COLLEEN McMAHON, Chief United States District Judge:

      Pursuant to the order issued February 17, 2021, dismissing the complaint,

      IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice to the pending action under docket number 20-CV-8542 (PMH). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Court's judgment would not be taken in good faith.

      IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:    February 17, 2021
          New York, New York

_____
     COLLEEN McMAHON
    Chief United States District Judge